UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**George L. Russell, III**
United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
410-962-4055

August 15, 2016

MEMORANDUM TO COUNSEL RE:     Melvin Santiago, Sr. v. The Baltimore City Police Department
Civil Action No. GLR-15-3734

Dear Counsel:

Today, the Court convened a teleconference to discuss the schedule in this case. This memorandum memorializes the agreements reached during the call.

The Court will refer this matter to a United States Magistrate Judge for a settlement conference to occur no earlier than February 1, 2017. The parties shall engage in discovery prior to mediation. The parties will work collaboratively regarding disclosure of personnel records of Baltimore City Police Department officers who may be similarly situated with the Plaintiff. The parties will also work collaboratively regarding submission of a proposed order for those records.

Despite the informal nature of this memorandum, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

/s/

_____
George L. Russell, III
United States District Judge